Jeremy Branch (State Bar No. 303240)
The Law Offices of Jeffrey Lohman, P.C.
28544 Old Town Front St., Suite 201
Temecula, CA 92590
Tel: (866) 329-9217 ext. 1009
Email: JeremyB@jlohman.com
Attorney for Plaintiff JOHN SMITH

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA
YOSEMITE DIVISION**

| | |
|---|---|
| JOHN SMITH, | ) Case No. 1:20-cv-00087-DAD-SKO |
| Plaintiff, | ) |
| – vs – | ) NOTICE OF SETTLEMENT |
| USAA SAVINGS BANK, | ) |
| Defendant. | ) |

**NOTICE IS HEREBY GIVEN** that Plaintiff John Smith ("Plaintiff") and Defendant USAA Savings Bank ("Defendant") have reached settlement in the above-captioned matter. Plaintiff intends to file a Notice of Voluntary Dismissal once the settlement documents have been finalized. Therefore, Plaintiff respectfully requests twenty-one (30) days in order to finalize settlement and dismiss the action.

Dated:  July 29, 2020

RESPECTFULLY SUBMITTED,

                    By: */s/ Jeremy E. Branch*
                    Jeremy E. Branch (SBN 303240)
                    Attorney for Plaintiff, JOHN SMITH

## CERTIFICATE OF SERVICE

I hereby certify that on July 29, 2020, a true and correct copy of the foregoing NOTICE OF SETTLEMENT was filed using the Court's CM/ECF system, which will notify all attorneys of record, including:

JOSHUA N. KASTAN (SBN 284767)
JNK@dkmlawgroup.com
DKM LAW GROUP, LLP
535 Pacific Avenue, Ste. 101
San Francisco, CA 94133
Tel: (415) 421-1100

DAVID M. KRUEGER (pro hac vice)
dkrueger@beneschlaw.com
NORA K. COOK (pro hac vice)
ncook@beneschlaw.com
BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP
200 Public Square, Suite 2300
Cleveland, Ohio 44140
Tel: (216) 363-4500
Attorneys for Defendant USAA Savings Bank

*Attorneys for Defendant*

                    By: */s/ Jeremy E. Branch*
                      Jeremy E. Branch (SBN 303240)
                    Attorney for Plaintiff, JOHN SMITH